UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIELLE WEIN,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

Case No. 16-11816

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
MONA K. MAJZOUB

**ORDER ADOPTING REPORT AND RECOMMENDATION [19]; GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [18]; AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [17]**

On August 7, 2017, Magistrate Judge Majzoub issued a Report and Recommendation [19] on the Plaintiff's Motion for Summary Judgment [17] and Defendant's Motion for Summary Judgment [18]. Neither party has filed any objection to the Report and Recommendation.

The Court having reviewed the record, the Report and Recommendation [19] Denying Plaintiff's Motion for Summary Judgment and Granting Defendant's Motion for Summary Judgment is hereby **ADOPTED** and entered as the findings and conclusions of the Court. Accordingly,

**IT IS ORDERED** that Defendant's Motion for Summary Judgment [118] be **GRANTED** and Plaintiff's Motion for Summary Judgment [17] be **DENIED**.

**SO ORDERED**.

|  |  |
|---|---|
|  | s/Arthur J. Tarnow |
|  | Arthur J. Tarnow |
| Dated: September 21, 2017 | Senior United States District Judge |